# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eugenia B. Rice aka Eugenia B. Pope<br>    Debtor | CHAPTER 13<br><br>BKY. NO. 17-21309 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

           Respectfully submitted,

           **/s/ James C. Warmbrodt, Esquire**
           James C. Warmbrodt, Esquire
           jwarmbrodt@kmllawgroup.com
           Attorney I.D. No. 42524
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           Phone: (215)-627-1322
           Attorney for Movant/Applicant