IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Eugenia B. Rice, | ) | Case No.17-21309-JAD |
|     Debtor. | ) | Chapter 13 |
| | ) | |
| | ) | Hearing Date and Time |
| Eugenia B. Rice, | ) | 1/31/2018 at 9:00 a.m |
|     Movant and Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Nationstar Mortgage and Ronda J.Winnecour, Trustee | ) | |
|     Respondent. | ) | |

**CERTIFICATE OF SERVICE OF ORDER SETTING HEARING ON NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND THE AMENDED PLAN DATED 11/14/2018**

    I certify under penalty of perjury that I served above captioned pleading on the parties at the addresses specified below or on the attached list on 11/29/2018

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or other types of service) was   First-Class Mail   .

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification." and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| 11/29/2018 | Franklin L. Robinson Jr., Esquire    /s/ |
| Date | Franklin L. Robinson Jr., Esquire |
| | 5907 Penn Avenue |
| | Suite 200 |
| | Pittsburgh, PA 15206 |
| | (412) 363-6685 |
| | PA ID No. #74464 |
| | frobi69704@aol.com |

RICE

Nationstar Mortgage
8950 Cypress Waters Boulevard
Coppell, TX 75019

Ronda J. Winnecour, Trustee
600 Grant Street, Suite 3250 USX Tower
Pittsburgh, PA 15219