UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-21309-JAD |
| EUGENIA B. RICE, | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |
| | ) | |
| EUGENIA B. RICE, | ) | |
| | ) | Related to Document No. 56 and 59 |
| Movant | ) | |
| | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | |
| NATIONSTAR MORTGAGE AND | ) | |
| RONDA WINNECOUR TRUSTEE | ) | |
| Respondent. | ) | |

ORDER OF COURT

AND NOW, on this __31st__ day of _____March_____, 2021 upon consideration of the Debtor's MOTION TO WITHDRAW AMENDED PLAN DATED 3/30/2021 filed on March 30, 2021 at Docket Number 56.  It is hereby ADJUDGED, DECREED and ORDERED that the Debtor's MOTION TO WITHDRAW AMENDED PLAN DATED 3/30/2021 at Docket Number 56 is GRANTED.

BY THE COURT,

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
3/31/21 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21309-JAD |
| Eugenia B. Rice | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

**Recip ID      Recipient Name and Address**
db          + Eugenia B. Rice, 706 Beltzhoover Avenue, Pittsburgh, PA 15210-1419

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Franklin L. Robinson, Jr.
    on behalf of Debtor Eugenia B. Rice frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7