IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| EUGENIA B. RICE, ) | |
|    Debtor, ) | Case No. 17-21309-JAD |
| ) | |
| ) | CHAPTER 13 |
| EUGENIA B. RICE, ) | |
|    Movant, ) | |
| ) | |
|    vs. ) | |
| NONE, ) | |
|    Respondent. ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(F)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does render the Debtor ineligible for a discharge.

4. On April 27, 2022, at docket number 76, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by receiving an exemption for obtaining a Certification of Completion of Postpetition Instructional Course in Personal Financial Management.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

| | |
|---|---|
| 4/28/2022 | FRANKLIN L. ROBINSON JR. /s/ |
| DATE | FRANKLIN L. ROBINSON JR. |
| | ATTORNEY FOR DEBTOR |
| | 5907 PENN AVENUE |
| | SUITE 200 |
| | PITTSBURGH PA 15206 |
| | (412) 363-6685 |
| | P.A. ID. 74464 |
| | FROBI69704@AOL.COM |